UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WORDLOGIC CORPORATION and 602531 BRITISH COLUMBIA LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>FLESKY, INC.<br><br>    Defendant. | No.  16-cv-11714<br><br>Hon. Joan H. Lefkow<br><br>Jury Trial Demanded |

## Defendant Flesky, Inc.'s Motion to Dismiss

Flesky, Inc. ("Defendant") moves to dismiss Wordlogic Corp.'s and 602531 British Columbia Ltd.'s ("Plaintiffs") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in detail in Defendant's accompanying Memorandum in Support of Defendant's Motion to Dismiss.

## Demand for Trial by Jury

Defendant demands a trial by jury.

/s/ Amit Agarwal
Amit Agarwal
Lead Counsel for Defendant
*Petition for* Pro Hac Vice *pending*
14420 Edinburgh Moor Drive
Wimauma, FL 33598
Ph. 310.351.6596
amit@agarwalpernas.com

/s/ William M. Tasch
ILLINOIS ADVOCATES, LLC
Local Counsel for Defendant
77 W. Washington St., Ste 2120
Chicago, IL 60602
Ph. 312.818.6700
Fx. 312.492.4804
William.tasch@iladvocates.com
info@iladvocates.com