| TO: **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:
(X) Patents     or       ( ) Trademarks

| DOCKET NO:<br>17-cv-07169-JSW | DATE FILED:<br>December 18, 2017 | UNITED STATES DISCTRICT COURT<br>Ronald Dellums Federal Building<br>1301 Clay Street, Rm 400S<br>Oakland, CA 94612 |
|---|---|---|

| PLAINTIFF:<br>WordLogic Corporation | DEFENDANT:<br>Fleksy, Inc. |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. |  | See Attached complaint |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED          INCLUDED BY:
                       ( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. |  | See Attached complaint |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

*Susan Y. Soong* (signature)

Susan Y. Soong, Clerk                                          (by) Deputy Clerk, Cynthia Lenahan

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy