UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: March 23, 2018                                             Time in Court: 20 minutes

**JUDGE: JEFFREY S. WHITE**              **Court Reporter: Sarah Goekler**

Courtroom Deputy: Jennifer Ottolini

**CASE NO. C-17-7169 JSW**
**TITLE: Wordlogic Corporation, et al., v. Flesky, Inc.**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Anthony Dowell | Amit Agarwal |

PROCEEDINGS:  Initial Case Management Conference

RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 4-6-18.

ADR:  ENE to be completed by 7-23-18
(NOTE: Rule 11 motion to be decided before completion date of ENE)

Deadline to file Motion for Sanctions:  3-26-18

The Court adopted the deadlines set forth in the parties *Joint Case Management Statement* (doc. 48) page 7 line 14 to page 8 line 9.  The parties shall follow the patent rules of this court.

The parties shall submit any slides to be used in the claims construction tutorial by 1-2-19.

| Claims Construction Tutorial: | 1-3-19 at 10:00 am |
| Claims Construction Hearing | 1-10-19 at 10:00 am |

A further Case Management Conference will be set in the order re on claims construction.


cc:  ADR