Anthony Dowell
aedowell@dowellip.com
DOWELL IP
333 W. North Ave #341
Chicago, Illinois  60610
Phone:  (773) 687-9886

Attorney for Plaintiffs
WORDLOGIC CORPORATION and
602531 BRITISH COLUMBIA LTD.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WORDLOGIC CORPORATION, et al., | Case Number: 4:17-cv-07169-JSW |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| FLEKSY, INC., | |
| Defendant. | |

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

IT IS SO STIPULATED:

Dated: April 10, 2018        By: /s/ Anthony Dowell

         ANTHONY DOWELL

         Attorney for Plaintiffs
         WORDLOGIC CORPORATION and
         602531 BRITISH COLUMBIA LTD.

Dated: April 10, 2018        By: /s/ Amit Agarwal

         AMIT AGARWAL

         Attorney for Defendant
         FLEKSY, INC.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**